EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 3 2004

at __2__ o'clock and __34__ min __P__ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR04-00416 HG

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           )<br>     Plaintiff,   )<br>           )<br>  vs.      )<br>           )<br>MAC NGUYEN,             (01) )<br>PHONG TIEN CHIEM,       (02) )<br>ANTHONY RUMBAUGH,       (03) )<br>           )<br>           )<br>     Defendants.   )<br>_____) | CR. NO.<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846; 841(a)(1);<br> 841(b)(1)(B) & (C)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least beginning by September 2004, continuing to October 26, 2004, in the District of Hawaii and elsewhere, MAC NGUYEN, PHONG TIEN CHIEM and ANTHONY RUMBAUGH, the defendants, did willfully and

unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of its isomers, a Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT 2</u>

The Grand Jury further charges:

On or about October 19, 2004, in the District of Hawaii and elsewhere, PHONG TIEM CHIEM and ANTHONY RUMBAUGH, the defendants, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18 United States Code, Section 2.

//
//
//
//

## COUNT 3

The Grand Jury further charges:

On or about October 26, 2004, in the District of Hawaii, MAC NGUYEN, the defendant, did knowingly and intentionally manufacture marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## SENTENCING ALLEGATIONS

With respect to Count 1 of the Indictment:

(a) MAC NGUYEN, PHONG TIEN CHIEM and ANTHONY RUMBAUGH conspired to distribute and possess with intent to distribute at least 500 grams but less than 2.5 kilograms of cocaine;

With respect to Count 2 of the Indictment:

(a) PHONG TIEN CHIEM and ANTHONY RUMBAUGH are responsible for at least 500 grams but less than 2.5 kilograms of cocaine;

//
//
//
//
//
//

<u>With respect to Count 3 of the Indictment</u>:

    (b)  MAC NGUYEN is responsible for at least 250 grams but less than one kilogram of marijuana.

DATED: November  3 , 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

4